JANE REILLY, Plaintiff, v. EMPIRE STATE IMPROVEMENT CORPORATION and Others, Defendants. In the Matter of Surplus Money Proceedings: MORRIS WEISS, AARON W. BERSON and ESTHER WOLFENSOHN, Appellants; THOMAS F.

---

McGuire, Robinson, Gresser & Robinson, Barbara Fetzer, Julius Steinitz, John M. O'Neill, Edwin H. Gibbons, Catherine Gibbons, Patrick B. Healy, Claude Geer, Frank Broenner, Antoinette Broenner. William I. Lehman and Emma Lehrach, Respondents.*— Order confirming report of referee modified by reducing the referee's fee to $1,000, and as so modified unanimously affirmed, with costs to respondents. Order denying motion for appointment of referee *de novo* unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.